**COMPLAINT BY A PRISONER UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983**

Name: _Toelle, Loren Michelle_
     (Last)                (First)            (Middle Initial)

Prisoner Number: _53073-048_

Institutional Address: _FCI-Dublin_
_5701 8th Street, Dublin, CA 94568_

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

_Loren Michelle Toelle,_
(Enter your full name.)

          vs.

_U.S. Environmental Protection Agency_
_Warden T. Jusino_
_Unknown FBOP Employees_
(Enter the full name(s) of the defendant(s) in this action.)

Case No. _4:23-cv-00194-JST_
(Provided by the clerk upon filing)

COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

## I. Exhaustion of Administrative Remedies.

_Note:_ _You must exhaust available administrative remedies before your claim can go forward. The court will dismiss any unexhausted claims._

A.    Place of present confinement _FCI-Dublin_

B.    Is there a grievance procedure in this institution?    YES ☒    NO ☐

C.    If so, did you present the facts in your complaint for review through the grievance procedure?    YES ☒    NO ☐

D.    If your answer is YES, list the appeal number and the date and result of the appeal at each level of review. If you did not pursue any available level of appeal, explain why.

    1. Informal appeal: _Staff refused to process grievance on January 8, 2023_

PRISONER COMPLAINT (rev. 8/2015)
_Page 1 of 3_

/

2. First formal level: ___Not Available___

___

___

3. Second formal level: ___Not Available___

___

___

4. Third formal level: ___Not Available___

___

___

E. Is the last level to which you appealed the highest level of appeal available to you?

YES ☐    NO ☒

F. If you did not present your claim for review through the grievance procedure, explain why.
___Due to lockdowns and refusal of___ ___staff to take grievances, the___ ___procedure was not available___

II. **Parties.**

A. Write your name and present address. Do the same for additional plaintiffs, if any.
___Loren Michelle Toelle___

___

___

B. For each defendant, provide full name, official position and place of employment.
___U.S. Environmental Protection Agency___ ___Washington, DC___

___

___Warden T. Jusino___ ___FCI - Dublin___

___

___Unknown FBOP Employees___ ___FCI - Dublin___

PRISONER COMPLAINT (rev. 8/2015)
*Page 2 of 3*

2

## III. Statement of Claim.

State briefly the facts of your case. Be sure to describe how each defendant is involved and to include dates, when possible. Do not give any legal arguments or cite any cases or statutes. If you have more than one claim, each claim should be set forth in a separate numbered paragraph.

Please see attached.
"Statement of Claims"

## IV. Relief.

Your complaint must include a request for specific relief. State briefly exactly what you want the court to do for you. Do not make legal arguments and do not cite any cases or statutes.

See attached
"Prayer for Relief"

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on: 1 / 9 / 2023
Date                Signature of Plaintiff

PRISONER COMPLAINT (rev. 8/2015)
Page 3 of 3

3

--------------------------------------------------------------------------------------------------

SUBJECT: STATEMENT OF CLAIMS
DATE: 01/09/2023 10:34:20 AM

PLAINTIFF STATEMENT OF CLAIMS

A.  DEFENDANT UNITED STATES ENVIRONMENTAL PROTECTION AGENCY ("EPA")

1.  On November 5, 2022, the Plaintiff sent a letter to Defendant EPA, requesting an inspection of FCI-Dublin, a federal prison, which has mold/asbestos/bird feces contamination.  The Plaintiff also noted that an inmate had been hospitalized due to the contamination and her own medical problems.

2.  The Administrator of the EPA never responded and to the Plaintiff's knowledge the prison was never inspected, as required under the Clean Air Act, Clean Water Act, and Toxic Substances Control Act.

3.  Defendant EPA has ministerial and non-discretionary duties to inspect and regulate properties violating federal statutes, in relation to the environment.

4.  Defendant EPA violated their statutory duty to protect the Plaintiff and others, and to assure fairness and uniformity in its inspections.

5.  Because a federal prison building/facility was reported for violating clean air and water standards, Defendant EPA unfairly discriminated against the Plaintiff, denying her the same protections other citizens are granted.

B.  DEFENDANTS WARDEN T. JUSINO ("JUSINO") & UNKNOWN FBOP EMPLOYEES ("UFE")

6.  The Defendants were notified that the prison was contaminated with mold/asbestos/bird feces, which were dangerous to the health of the Plaintiff and others, but failed to protect the Plaintiff from these toxic substances.

7.  The Plaintiff and others requested removal from exposure to toxic substances, but were denied by the Defendants.

8.  For years, starting in 2019 for the Plaintiff, floor tiles with friable asbestos were dry-buffed, causing the Plaintiff to inhale asbestos particles.  The Plaintiff and other inmates for inspections were required to buff their cell floors or risk disciplinary action for failing inspection.

9.  The Defendants have failed to remediate toxic mold.  The entire prison, which has flooded on more than one occasion, to include January 2023, causes Sick Building Syndrome.  The Plaintiff has sufferer hair loss, memory loss, hearing loss, extreme fatigue, daily headaches, stomachaches, muscle pain, and many other medical conditions associated with mold/asbestos/feces contamination of the air and water.

10.  The water pipes at the prison routinely break.  The Plaintiff and other inmates have drank contaminated water, causing diarrhea, headaches, and stomachaches.  The Plaintiff and others drank this water because they are not warned by the prison the water is contaminated.  Inmates have been hospitalized due to the contaminated water.

11.  The Defendants see the mold/asbestos/bird feces contamination everyday and nothing is done to protect the Plaintiff and others.

4

5

-----------------------------------------------------------------------------------------------

SUBJECT: CAUSES OF ACTION
DATE: 01/09/2023 11:45:18 AM

PLAINTIFF'S CAUSES OF ACTION

A.  DEFENDANT EPA

Administrative Procedures Act, 5 USC Section 706(1), Citizen Lawsuit, 33 USC Section 1365(a)(2) & 42 USC Section 7604(a)(2), and Enforcement of Toxic Substance Act, 15 USC Section 2601, Declaratory Judgment Act, 28 USC Section 2201

12.  Incorporating paragraphs 1-11, Defendant EPA has failed to comply with their duties as required in federal statutes under the Clean Air Act, Clean Water Act, and the Toxic Substances Control Act.

13.  Section 706(1) authorizes the courts to compel agency action unlawfully withheld or unreasonably delayed.  There is a failure to act, to inspect FCI-Dublin, for violations of the Act in paragraph 12.

B.  DEFENDANT WARDEN JUSINO AND UNKNOWN FBOP EMPLOYEES

Eighth Amendment Violations of Cruel and Unusual Punishment/Denial of Medical Treatment,
18 USC Section 4042, and any other violations

14.  Incorporating paragraphs 1-11, the Defendants have violated the United States Constitution, by failing to grant the Plaintiff medical treatment which would include her removal from dangerous, toxic substances at FCI-Dublin.

15.  The Defendants have subjected the Plaintiff to cruel and unusual punishment, causing the Plaintiff to suffer physical and emotional pain, based on their failure to maintain suitable housing quarters.

16.  The Defendants failure to remediate mold/asbestos/bird feces, subjecting the Plaintiff to long term exposure of years of damage to her health violated federal laws, warranting medical monitoring damages.

---------------------------------------------------------------------------------------

SUBJECT: PRAYER FOR RELIEF
DATE: 01/09/2023 11:41:09 AM

PLAINTIFF'S PRAYER FOR RELIEF

The Plaintiff prays the Court will grant the following relief:

1. Issuance of a Declaratory Judgment against all Defendants, hold the Defendant EPA failed to meet their statutory obligation to inspect and regulate FCI-Dublin and the other Defendants violated the Plaintiff constitutional rights.

2. Order the Defendants to provide appropriate medical treatment, immediately.

3. All monetary damages due the Plaintiff, to include medical monitoring damages, compensatory damages, punitive damages, fees, and costs.

4. Any relief the Court deems appropriate.

6